IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JARED ALLEN, JUSTIN ALLEN, JAMES HAYES, JASON KEEZER, MICHAEL LUNSFORD, SANJAY RAMACHANDRAN, and WILLIAM H. BISHOP, | ) ) ) ) ) ) Civil Action No. 1:17-cv-00222 |
| Plaintiffs, v. UNCLE JOHN HOLDINGS, LLC, BLUE CAPITAL PTE, LTD, MOMENTUM ENGINEERING, INC., and MOMENTUM GOM, INC., Defendants. | ) ) ) ) ) ) ) ) ) ) |

**COMPLAINT FOR WAGES AND EXPENSES FOR REPAIRS, LABOR
AND NECESSARY SERVICES SUPPLIED BY THE PLAINTIFFS**

The Plaintiffs named above file this complaint to allege causes of action on the following grounds:

1. This claim is within the jurisdiction of the United States and of this Honorable Court pursuant to 28 U.S.C. §1333. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. This action is also brought pursuant to the Fair Labor Standards Act, 29 USC §201, et seq. (hereinafter "FLSA"), which provides, *inter alia*, that no employer shall employ any of its employees for a work week longer than 40 hours, unless such employees receive compensation for hours worked in excess of 40 at a rate not less than

1½ times the regular rate at which the employee is paid.

3. The Plaintiffs were employed by the Defendants, or by this entities which are related to Defendants, to perform work, labor, repairs, and other necessary services for the M/V UNCLE JOHN. As set forth herein, the Plaintiffs are owed substantial sums for work performed to the benefit of the vessel.

4. The M/V Uncle John is a vessel which has been engaged in commerce on the navigable waters of the United States and is at the port of Mobile, docked at the facilities of BAE Systems.

5. The information available to the Plaintiffs is that the owners and/or operators of the vessel, UNCLE JOHN HOLDINGS, LLC, and BLUE CAPITAL PTE, LTD., whose address is 20 Sin Ming Lane, #03-56 Midview City, Singapore 573968. The Plaintiffs understand that these Defendants have a principal place of business at Al Massalla Towers, Suite 903, Khalid Bin Waleed Street (Bank Street) P.O. Box 62424, Dubai, United Arab Emirates. The Defendant, MOMENTUM ENGINEERING, INC. (also known as the MOMENTUM GROUP and/or MOMENTUM ENGINEERING DUBIA, INC.) is a corporation or other business entity which is organized and existing under the laws of a state which is unknown to the Plaintiffs. This Defendant has its principal place of business in Dubia, United Arab Emirates, at the above address. The Defendant, MOMENTUM GOM, INC., is a corporation or other business entity organized and existing under the laws of the state of Texas. The Defendants are now doing business within the state of Alabama, and are subject to the jurisdiction of this

Honorable Court.

6. The Plaintiff, JARED ALLEN, is a resident of the state of Louisiana; the Plaintiff, JUSTIN ALLEN, is a resident of the state of Louisiana; the Plaintiff, JAMES HAYES is a resident of the state of Louisiana; the Plaintiff, JASON KEEZER, is a resident of the state of Idaho; the Plaintiff, MICHAEL LUNSFORD, is resident of the state of Mississippi; the Plaintiff, SANJAY RAMACHANDRAN, is a resident of the state of New Jersey; and the Plaintiff, WILLIAM H. BISHOP, is a resident of the state of Texas. During the times in question, the Plaintiffs were all employed to provide repairs, renovation, labor and necessary services to the M/V Uncle John to make the vessel ready for service in the offshore oil industry.

## COUNT I
## CLAIM FOR EARNED WAGES

For causes of action for wages earned by the Plaintiffs and owed to the Defendants, allege as follows:

7. The Plaintiffs, JARED ALLEN, JUSTIN ALLEN, JAMES HAYES, JASON KEEZER, MICHAEL LUNSFORD, and SANJAY RAMACHANDRAN were employed by the Defendants as saturation dive technicians, to perform necessary services to prepare the M/V Uncle John to be operated in the offshore oil industry. These Plaintiffs worked on various dates during the month of August, 2016, performing necessary services to the vessel, and none of the wages they have earned have been paid. Attached hereto is Exhibit A is the Time Tracking Report for the month of August, 2016, listing the number of days on which each of these Plaintiffs worked. These records and

the worked performed by these Plaintiffs were approved by their superintendents, and Exhibit A shows the breakdown of the amounts earned by each of these Plaintiffs.

8. The Plaintiff, JARED ALLEN, was employed aboard the vessel for 21 days, for 12 hours per day, at the rate of $500.00 per day. The Plaintiff, JARED ALLEN, is entitled to the award of earned wages totaling $10,500.00.

9. The Plaintiff, JUSTIN ALLEN, was employed aboard the vessel for 4 days, for 12 hours per day, at his pay rate of $400.00 per day. The Plaintiff, JUSTIN ALLEN, is entitled to the award of earned wages totaling $1,600.00.

10. The Plaintiff, JAMES HAYES, was employed aboard the vessel for 14 days, for 12 hours per day, at his pay rate of $500.00 per day. The Plaintiff, JAMES HAYES is entitled to the award of earned wages totaling $7,000.00.

11. The Plaintiff, JASON KEEZER, was employed aboard the vessel for 26 days, for 12 hours per day, at his pay rate of $400.00 per day. The Plaintiff, JASON KEEZER, is entitled to award of earned wages totaling $10,400.00.

12. The Plaintiff, MICHAEL LUNSFORD, was employed aboard the vessel for 14 days, for 12 hours per day, at his pay rate of $400.00 per day. The Plaintiff, MICHAEL LUNSFORD, is entitled to award of earned wages totaling $5,600.00.

13. The Plaintiff, SANJAY RAMACHANDRAN, was employed aboard the vessel for 9 days, for 12 hours per day, at his pay rate of $500.00 per day. The Plaintiff, SANJAY RAMACHANDRAN, is entitled to award of earned wages totaling $4,500.00.

14. All and singular, the premises are true and correct and within the admiralty

and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court will enter judgment in favor of the Plaintiffs and against the Defendants, and each of them, for the sums due the Plaintiffs set forth above, together with interest, attorney fees, and sums due the Plaintiffs herein; and that the Plaintiffs have such other, further or different relief, as the justice of the cause may require.

## COUNT II
## CLAIM FOR UNPAID OVERTIME

15. The Plaintiffs adopt and incorporate by reference each paragraph asserted above as if fully set forth herein.

16. At all times material hereto, Defendants were "employers" of the Plaintiffs as defined by §203(b) of the FLSA.

17. During the entire period the Plaintiffs were employed to work on the M/V Uncle John, the Plaintiffs have regularly worked in excess of forty hours per work week. Under the FLSA, the Plaintiffs are entitled to overtime compensation at 1½ times their regular hourly rate for each hour over 40 that they worked during a work week. In spite of Defendant's knowledge that the Plaintiffs were entitled to overtime pay, they willfully failed to pay the Plaintiffs the overtime compensation to which they are entitled.

18 The Defendants' failure to pay said overtime was, and continues to be a violation of the FLSA for which the Plaintiffs are entitled to recover all unpaid overtime compensation, liquidated damages, reasonable attorney's fees and costs.

WHEREFORE, Plaintiffs hereby demand judgment against Defendants, and pray for the following relief:

a.  A declaratory judgment that Defendants willfully violated the Fair Labor Standards Act;

b.  A money judgment for the amount of each Plaintiffs' unpaid overtime compensation and in addition, an equal amount as liquidated damages pursuant to 29 USC §216(b), along with pre-judgment interest;

d.  Reasonable attorneys fees as well as costs and expenses of this action; and

e.  Such other, further and different relief as this Court deems appropriate.

## COUNT III

### CLAIM FOR BREACH OF CONTRACT AND LOSS OF EARNINGS FOR THE PLAINTIFF, WILLIAM H. BISHOP

For a cause of action against the Defendants, the Plaintiff, WILLIAM H. BISHOP, alleges as follows:

19  Plaintiff adopts and incorporates by reference each paragraph asserted above as if fully set forth herein.

20. The Plaintiff, WILLIAM H. BISHOP, was employed by the Defendants under a consultant agreement executed by the Defendant, MOMENTUM GOM, INC., to serve as Marine and Diving Superintendent for the M/V Uncle John. The responsibilities of the Plaintiff in this position were to supervise the work and labor being performed

aboard the M/V Uncle John by the other Plaintiffs who were performing repairs, renovation and services aboard the M/V Uncle John at the request of the other Defendants.

21. The consultant agreement called for compensation to be paid to the Plaintiff at the rate of $15,000.00 per month. He carried out all of the duties he has been called upon in accordance of the consulting agreement. The Plaintiff was paid compensation due for his services commencing on July 25, 2016, and also for the month of August, 2016. However, the Defendants have failed and refused to pay compensation which has accrued since that date, even though the Plaintiff continued it to perform said services to the M/V Uncle John. Further, the Defendants have never executed the provision of the consulting agreement under which the Defendants could cancel this agreement on 30 days notice to the Plaintiff. Therefore, the Plaintiff, WILLIAM H. BISHOP, is entitled to recover earned wages totaling $165,000.00.

22. All and singular, the premises are true and correct and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court will enter judgment in favor of the Plaintiff, WILLIAM H. BISHOP, and against the Defendants, and each of them, for the sums due the Plaintiff set forth above, together with interest, attorney fees, and sums due the Plaintiff herein; and that the Plaintiff have such other, further or different relief, as the justice of the cause may require.

DIAMOND FUQUAY, LLC
Attorneys for Plaintiffs
Post Office Drawer 40600
Mobile, Alabama 36640-0600
(251) 473-4443

By: *Ross Diamond III*
ROSS DIAMOND III (DIA003)
ross@diamondfuquay.com

By: *Richard W. Fuquay*
RICHARD W. FUQUAY (FUQ003)
richard@diamondfuquay.com

**Please serve the Defendants by serving their agent:**

Seagull Marine, Inc.
4084 B. Government Blvd.
Mobile, AL 36693

Momentum Engineering, Inc. (also known as the Momentum Group and/or Momentum Engineering Dubia, Inc.) by registered mail at principal place of business:

Momentum Engineering, Inc.
Al Massalla Towers, Suite 903, Khalid Bin Waleed Street (Bank Street) P.O. Box 62424, Dubai, United Arab Emirates.

**Please serve the Defendant:**

Momentum GOM, Inc. by certified mail return receipt requested at:
59 Litchfield Lane
Houston, TX 77024